GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR     7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI                5191-0
R. SCOTT SIMON             7158-0
   scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>              Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>RETURN OF SERVICE<br><br>[Re: Pirelli Cable North American Pacific, Inc.) |

1130542.1

# RETURN OF SERVICE

Service was made at: _Corp. Service Company_
_5○○○ Thurmond Mall Blvd._

[✓] Service of Defendant Hawaiian Electric Company, Inc.'s Answer to First Amended Complaint Filed on October 19, 2005; Defendant Hawaiian Electric Company's Cross-Claim filed December 8, 2005 ("Cross –Claim") was made upon the witness named in the Cross-Claim.

[ ] Service of the said Cross-Claim was made on another individual named below.

Signature (received by): _Pat Moore_

Print Name: _Patricia Moore_

Title or Position: _Administrative Assistant_

Date: _1-03-06_   Time: _10:20_

Served by (signature): _Clarence Porter_

Print Name: _Clarence Porter_

1108688.1