ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
  rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

SUSAN A. LI                              5191-0
R. SCOTT SIMON                     7158-0
  scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii  96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>            Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.; DECLARATION OF RANDOLF L.M. BALDEMOR; EXHIBITS "1" – "3"; ENTRY OF DEFAULT BY |

1258551.1

CLERK AS TO CROSS CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.; CERTIFICATE OF SERVICE

**DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.**

Defendant / Cross Claimant HAWAIIAN ELECTRIC COMPANY ("Cross Claimant HECO"), by its attorneys, and hereby requests the Clerk of this Court to enter default in the above entitled action against Cross-Claim Defendants American Pacific Transport Co., Ltd. ("American Pacific") and Pirelli Cable North America, Inc. ("Pirelli"), on the grounds that American Pacific and Pirelli failed to answer or otherwise defend against Cross Claimant HECO's Cross-Claim, filed herein on December 8, 2005, and have entered no appearance.

This request is made pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Declaration of Randolf L.M. Baldemor and exhibits attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, FEB 2 2 2006.

_____
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>DECLARATION OF RANDOLF L.M. BALDEMOR; EXHIBITS "1" – "3" |

## DECLARATION OF RANDOLF L.M. BALDEMOR

I, RANDOLF L.M. BALDEMOR, declare as follows:

1. I am an associate with the law firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, and am one of the counsel of record for Defendant/Cross-Claimant Hawaiian Electric Company ("HECO") in the above-captioned case. I make this declaration based upon personal knowledge and/or upon information and belief.

2. Attached hereto as Exhibit "1" is a true and correct copy of HECO's Cross-Claim, filed herein on December 8, 2005.

3. Attached hereto as Exhibit "2" is a true and correct copy of the

1258551.1

Return of Service regarding Cross-Claim Defendant American Pacific Transport Co., Ltd. ("American Pacific"), filed herein on December 15 2005, indicating that American Pacific was served on December 14, 2005.

    4.    Attached hereto as Exhibit "3" is a true and correct copy of the Return of Service regarding Cross Claim Defendant Pirelli Cable North American Pacific, Inc. ("Pirelli"), filed herein on January 23, 2006, indicating that Pirelli was served vis-à-vis its agent Corporation Service Company.

    5.    American Pacific and Pirelli have not answered the cross-claim, or otherwise appeared in this action.

    6.    Therefore, HECO requests entry of default by the Clerk of this Court against American Pacific and Pirelli for failure to answer or otherwise plead to the cross-claims.

I declare the foregoing under penalty of perjury under the laws of the United States.

DATED: Honolulu, Hawaii,   FEB 2 2 2006  .

                            RANDOLF L. M. BALDEMOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>**ENTRY OF DEFAULT BY CLERK AS TO CROSS CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.** |

**ENTRY OF DEFAULT BY CLERK AS TO CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.**

It appearing that the above-named Cross-Claim Defendants AMERICAN PACIFIC TRANSPORT CO., LTD. and PIRELLI CABLE NORTH AMERICA, INC. are in default for failure to answer or otherwise defend as required by law, default is hereby entered as against them pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii _____.

_____
CLERK OF THE ABOVE-ENTITLED COURT

Deputy Clerk,
District Court, District of Hawaii

1258551.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document was duly served on the following parties as indicated below:

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| GREGG NISHIOKA<br>Nishioka & Fujioka<br>841 Bishop Street, Suite 224<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiffs<br>MOTORS INSURANCE CORPORATION<br>and BIG ISLAND TOYOTA |  | x |

1258551.1

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| MARK S. HAMILTON<br>Frame Formby & O'Kane<br>Four Waterhouse Plaza, Suite 575<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>YOUNG BROTHERS, LIMITED |  | X |

DATED: Honolulu, Hawaii, ___FEB 2 2 2006___.

_____
RANDOLF L. M. BALDEMOR
SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY