GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR    7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI                 5191-0
R. SCOTT SIMON        7158-0
    scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at 3 o'clock and 40 min ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>              Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>RETURN OF SERVICE<br><br>[Re: American Pacific Transport Co., Ltd.] |

**EXHIBIT "2"**

1130542.1

## RETURN OF SERVICE

Service was made at: AMERICAN PACIFIC TRANSPORT CO., LTD
1001 BISHOP STREET S-2650, HONOLULU HAWAII 96813
SERVED THE ABOVE THROUGH MICHAEL RUDY, ESQ.
ATTORNEY AUTHORIZED TO ACCEPT SERVICE FOR
DEFENDANT.on 12/14/2005 @ 0845 hours

[X] Service of Defendant Hawaiian Electric Company, Inc.'s Answer to First Amended Complaint Filed on October 19, 2005; Defendant Hawaiian Electric Company's Cross-Claim filed December 8, 2005 ("Cross –Claim") was made upon the witness named in the Cross-Claim.

[X] Service of the said Cross-Claim was made on another individual named below.

Signature (received by): _____

Print Name: Michael P. Rudy

Title or Position: Attorney for Am Pac Transport
12/14/05  0845

Date: DECEMBER 14, 2005        Time: 0845 hours

Served by (signature): AGENT A. SHANNON

Print Name: AGENT A. SHANNON   DATED: 12/15/2005

1108688.1