**Service of Process:**
1:04-cv-00724-HG-BMK Motors Insurance Cor, et al v. Young Brothers, Limi, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from Baldemor, Randy entered on 1/23/2006 at 2:59 PM HST and filed on 1/23/2006

**Case Name:** Motors Insurance Cor, et al v. Young Brothers, Limi, et al
**Case Number:** 1:04-cv-724
**Filer:** Hawaiian Electric Industries, Inc.
**Document Number:** 34

**Docket Text:**
ACKNOWLEDGEMENT OF SERVICE Executed *Return of Service re Pirelli Cable North American Pacific, Inc.* Acknowledgement filed by Hawaiian Electric Industries, Inc.. (Baldemor, Randy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/23/2006] [FileNumber=19942-0]
[383de44473e6ec8158dc4e06ee368357324d4c72df6008384224e602be306fae3bac0
247c4c2fe86c838210f1684c421dc9de3a56039d2e0a31b8aac40320b7c]]

**1:04-cv-724 Notice will be electronically mailed to:**

Randy L.M. Baldemor    rbaldemor@goodsill.com, cmuraoka@goodsill.com; lsugamoto@goodsill.com; jhyuen@goodsill.com

Roger S. Simon    scott.simon@heco.com

**1:04-cv-724 Notice will be delivered by other means to:**

Susan L. Arinaga
Hawaiian Electric Company Inc
PO Box 2750
Honolulu, HI 96840-0001

Robert G. Frame
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

**EXHIBIT "3"**

Mark S. Hamilton
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, Hi 95813

Michael J. Nakano
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

Greg Nishioka
Nishioka & Fujioka
841 Bishop St Ste 224
Honolulu, HI 96813

John O'Kane , Jr
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI   5191-0
R. SCOTT SIMON   7158-0
   scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>          Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>RETURN OF SERVICE<br><br>[Re: Pirelli Cable North American Pacific, Inc.) |

1130542.1

ORIGINAL

## RETURN OF SERVICE

Service was made at: Corp. Service Company
5000 Thurmond Mall Blvd.

[✓] Service of Defendant Hawaiian Electric Company, Inc.'s Answer to First Amended Complaint Filed on October 19, 2005; Defendant Hawaiian Electric Company's Cross-Claim filed December 8, 2005 ("Cross –Claim") was made upon the witness named in the Cross-Claim.

[ ] Service of the said Cross-Claim was made on another individual named below.

Signature (received by): Pat Moore

Print Name: Patricia Moore

Title or Position: Administrative Assistant

Date: 1-03-06    Time: 10:20

Served by (signature): Clarence Porter

Print Name: Clarence Porter

1108688.1