ORIGINAL

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA   4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2006

at ___ o'clock and ___ min ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, | ) ) ) | Civil No. 04-00724 HG/BMK |
| Plaintiffs, | ) ) ) | RETURN OF SERVICE |
| vs. | ) ) | |
| YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC., | ) ) ) ) ) ) | (Re: Pirelli Cable North American Pacific, Inc.) |
| Defendants. | ) ) | |

**RETURN OF SERVICE**

Service was made at: _Corporation Service Company_
_5000 Thurmond Hall Blvd, Columbia, SC 29201_

[  ]   Service of First Amended Complaint; Summons filed 10/19/05 and First Amended Summons filed 11/10/05 was made upon Defendant Pirelli Cable North America, Inc.

[X]   Service of said First Amended Complaint; Summons and First Amended Summons was made on another individual named below.

Signature (received by): _Refused to Sign_

Print Name: _Erin Daley_

Title or Position: _Legal Assistant_

Date: MARCH 22, 2006            Time: 2:40pm
Served by (signature): Rhonda Nesbitt
Print Name: RHONDA NESBITT

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Hawaii** | **County of** | **District Court** |

Case Number: 04-00724 HG/BMK

Plaintiff:
**Motors Insurance Corporation, et al.**
vs.
Defendant:
**Young Brothers, Limited; et al.**

For:
Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA 91402

Received by Eleanor's Legal Support.com to be served on **PIRELLI CABLE NORTH AMERICA INC. by serving Corporation Service Company, 5000 Thurmond Hall Blvd., Columbia, SC 29201**.

I, Rhonda Nesbitt, being duly sworn, depose and say that on the **22nd day of March, 2006** at **2:40 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons and First Amended Summons and First Amended Complaint** to ERIN DALEY as LEGAL ASSISTANT, A PERSON AUTHORIZED TO ACCEPT SERVICE of the within named corporation, at the address listed aboved, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of March, 2006 by the affiant who is personally known to me.

_____
Notary for South Carolina
My commission expires: My Commission Expires June 13, 2006

_____
Rhonda Nesbitt
Process Server

Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA 91402
(818) 897-2156

Our Job Serial Number: 2006003105
Ref: 2006007548

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j