GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

SUSAN A. LI                         5191-0
R. SCOTT SIMON                 7158-0
    scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii  96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC | CV04-00724 HG/BMK<br><br>DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE |

TRANSPORT CO., LTD.; PIRELLI
CABLE NORTH AMERICA, INC.,

               Defendants.

**SCHEDULING CONFERENCE:**

**Date:**  June 13, 2006
**Time:**  1:30 p.m.
**Judge:**  Magistrate Barry M. Kurren

## DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S SCHEDULING CONFERENCE STATEMENT

Pursuant to L.R. 16.2(b), Defendant Hawaiian Electric Company, Inc. ("HECO"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, hereby submits its Scheduling Conference Statement.

## I.    STATEMENT OF THE CASE

The instant matter arises out of an incident allegedly occurring on or about March 23, 2003.  Plaintiffs Motor Insurance Corporation and Big Island Toyota contend that on or about that date their vehicle was damaged by a shipment of wire spool that was in the possession of and being shipped by Young Brothers, Ltd.  The shipment of wire spool was purchased by HECO from Defendant Pirelli Cable North America, Inc.  ("Pirelli").  As between HECO and Pirelli, Pirelli bore the risk of damage caused during product shipment until the order reached the destination point, which in this case was HECO's affiliate in Hilo, Hawaii.

## II.   JURISDICTION

Jurisdiction and venue are not disputed.

## III.   JURY TRIAL

Non-jury.

## IV.   DISCLOSURES

Initial disclosures, as required by Rule 26 of the Federal Rules of Civil Procedure, are adequate.  The initial disclosures will be submitted according to timelines agreed upon by the parties.

## V.   DISCOVERY/MOTIONS PENDING

No motions are currently pending before this Court.

## VI.   SPECIAL PROCEDURES

No special procedures are requested at this time.

## VII.   RELATED CASES

None.

/

/

/

/

/

/

## VIII.  **ADDITIONAL MATTERS**

As to HECO's third-party claims, default has been entered against Pirelli and Defendant American Pacific Transport Co., Ltd.  Plaintiffs are still in the process of serving Pirelli and American Pacific Transport Co., Ltd.

DATED:  Honolulu, Hawaii, June 6, 2006.

/s/ Randolf L.M. Baldemor
_____
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross
Claimant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>             Plaintiff,<br><br>   vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>          Defendants. | CV04-00724 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the

foregoing document was duly served upon the following party at the address listed

below on the date noted below:

|  | **Electronically through CM/ECF** | **Hand Delivery** |
|---|---|---|
| Greg Nishioka, Esq.<br>Nishioka & Fujioka<br>841 Bishop Street, Suite 224<br>Honolulu, Hawaiʻi  96813-3902 |  | ☒ |

Attorney for Plaintiffs


DATED:  Honolulu, Hawaii, <u>June 6, 2006.</u>

/s/ Randolf L.M. Baldemor
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross
Claimant
HAWAIIAN ELECTRIC COMPANY