# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00724BMK |
| CASE NAME: | Motors Insurance Corp. v. Young Brothers |
| ATTYS FOR PLA: | Greg Nishioka |
| ATTYS FOR DEFT: | Randall Baldemor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/11/2006 | TIME: | 9:22 - 9:25 |

COURT ACTION:  EP: Status Conference - Baldemor to file a Motion for Default Judgment against American Pacific Transport and Pirelli Cable North America, Inc. Nishioka to enter default against American Pacific Transport.

Submitted by Richlyn W. Young, courtroom manager