NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833
greg@nishiokafujiokalaw.com

Attys. for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>　　　　　Defendants. | Civil No.04-00724 HG/BMK<br><br>PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO. LTD.; DECLARATION OF COUNSEL; EXHIBITS A-B; ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO., LTD.; CERTIFICATE OF SERVICE |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT**
**AMERICAN PACIFIC TRANSPORT CO, LTD.**

Plaintiffs, by and through their attorneys above-named, hereby request the Clerk of this Court to enter Default in the above-entitled action against Defendant American Pacific Transport Co., Ltd., on the grounds that American Pacific Transport Co., Ltd. failed to answer or otherwise defend against the Complaint filed against it on 12/01/04 or the First Amended Complaint filed against it on 10/19/06 and have entered no

appearance.  This request is made pursuant to F.R.C.P. Rule 55, the Declaration of Counsel and exhibits attached hereto and the records and files herein.

Dated: Honolulu, Hawaii, September 14, 2006.

_____
Greg Nishioka
Attorney for Plaintiffs