AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Hawaii

MOTORS INSURANCE CORPORATION
and BIG ISLAND TOYOTA

V.

YOUNG BROTHERS, LIMITED;
JOHN DOES 1-10;
JANE DOES 1-10; and
DOE ENTITIES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 04-00724-HG-BMK

TO: (Name and address of Defendant)

AMERiCAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI  96819
Defendant Doe Entity 2

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREG NISHIOKA 4004-0
841 Bishop St., Ste. 224
Honolulu HI  96813
Atty. for Plaintiff

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

EXHIBIT  A

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/17/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert Tam | process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: thru Duain Muraoka, Int'l mgr

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 8 2005

at __1__ o'clock and __0__ min. p.m.
WALTER A.Y.H. CHINN, CLERK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6.00 | 50.00 | $56.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/18/05
             Date

Signature of Server   Robert Tam

841 Bishop St., Honolulu, HI
*Address of Server*

For: American Pacific Transport
Duain Muraoka

[signature]
Int'l mgr
0956  5/17/05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT A