NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 0 2005

at  11  o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>          Plaintiffs,<br>     vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>          Defendants. | Civil No. 04-00724 HG-BMK<br><br>FIRST AMENDED SUMMONS IN A CIVIL ACTION |

FIRST AMENDED SUMMONS IN A CIVIL ACTION

TO:

HAWAIIAN ELECTRIC COMPANY, INC.
13th Floor
220 S. King St.
Honolulu HI 96813
Defendant

PIRELLI CABLE NORTH AMERICA, INC.
Ste. 1600 Pauahi Tower
1001 Bishop St.
Honolulu, HI 96813
Defendant

and

-1-    EXHIBIT  B

AMERICAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI 96819
Defendant

    YOU ARE HEREBY SUMMONED to and required to serve on Plaintiffs' attorney GREG NISHIOKA, 841 Bishop St., Ste. 224, Honolulu, Hawaii 96813 an answer to the First Amended Complaint which is served upon you with this First Amended Summons, within twenty (20) days after service of this First Amended summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the First Amended Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA
_____     NOV    2005
Clerk                                Date

/s/ Alison Greaney
_____
(By) Deputy Clerk

EXHIBIT B

-2-

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# RETURN OF SERVICE

NOV 1 6 2005

Service of the First Amended Complaint;  DATE: 11/14/05  at ___ o'clock and ___ min. ___ M
Summons and First Amended Summons

SUE BEITIA, CLERK

Name of Server: (PRINT) Robert Tam   Title: process server

☒ Served personally upon the Defendant  American Pacific Transport
   Thru: Duain Muraoka, manager

   Place where served.  2635 Waiwai Loop
                        Honolulu, HI

☐ Left copies thereof at defendant's dwelling house or usual place
  of above with person or suitable age and discretion residing therein.

  Name of person with whom First Amended Complaint; Summons and First
  Amended Summons were left

☐ Returned unexecuted:

☐ Other(specify):

---

STATEMENT OF SERVICE FEES

Travel $6.00        Services $25.00        Total $31.00

---

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of
America that the foregoing information contained in the Return of service and
Statement of Service Fees is true and correct.

Executed on   11/16/05
              Date                        Signature of Server
                                          Robert Tam

                                          Address of Server

EXHIBIT B