IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, <br><br>           Plaintiffs, <br><br>      vs. <br><br> YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC., <br><br>           Defendants. | Civil No. 04-00724 HG/BMK <br><br> ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO., LTD. |

### ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO., LTD.

It appearing that Defendant AMERICAN PACIFIC TRANSPORT CO., LTD. is in default for failure to answer or otherwise defend as required by law, default is hereby entered against it pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii, SEP 1 3 2006.

SUE BEITIA

_____
Clerk of the Above-Entitled Court

_____
Deputy Clerk, United States
District Court, District of Hawaii