GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI                         5191-0
R. SCOTT SIMON                      7158-0
   scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>                Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>                Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD AND PIRELLI CABLE NORTH AMERICA, INC.; DECLARATION OF RANDOLF L.M. BALDEMOR; |

1505637.1

EXHIBITS "A" – "D";
CERTIFICATE OF SERVICE

## DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD AND PIRELLI CABLE NORTH AMERICA, INC.

Defendant / Cross Claimant HAWAIIAN ELECTRIC COMPANY ("HECO"), by its attorneys, hereby moves this Honorable Court for default judgment in the above-entitled action against Cross-Claim Defendants American Pacific Transport Co., Ltd. ("APT") and Pirellli Cable North America, Inc., ("Pirelli") (hereinafter collectively referred to as "Cross-Claim Defendants") on the grounds that (1) default was entered against both APT and Pirelli on February 22, 2006 for failure to answer or otherwise defend against HECO's Cross-Claim against them, filed herein on December 8, 2005, (2) Cross-Claim Defendants have entered no appearance or moved to remove the entry to default, and (3) the amount of judgment is now certain. Further Cross-Claim Defendants are individual companies, and are not infants or an incompetent persons.

WHEREFORE, HECO requests this Court make and enter judgment on its Cross-Claim against APT and Pirelli, in the amount of $4,500.00, plus costs in the amount of $249.75, as well as post-judgment interest.

1505637.1

This motion is made pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure, the memorandum in support, declaration of counsel and exhibits attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii, September 19, 2006.

/s/ Randolf L.M. Baldemor
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY