NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA  4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 19 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, | Civil No. 04-00724 HG/BMK |
| Plaintiffs, | FIRST AMENDED COMPLAINT; SUMMONS |
| vs. | |
| YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC., | |
| Defendants. | |

FIRST AMENDED COMPLAINT

COME NOW Plaintiffs MOTORS INSURANCE CORPORATION (hereinafter "Motors") and BIG ISLAND TOYOTA (hereinafter "Toyota") by and through their attorneys above-named, and for their First Amended Complaint against Defendants Young Brothers, Limited (hereinafter "Young Bros."); Hawaiian Electric Company, Inc. (hereinafter "HECO"); American Pacific Transport Co. Ltd. (hereinafter "APT"); and Pirelli Cable North America, Inc. (hereinafter "Pirelli Cable") alleges as follows:

EXHIBIT "B"

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____
              Deputy

## NATURE OF THE ACTION

This action initial was filed as a subrogation in the Honolulu Division of the District Court of the First Circuit, State of Hawaii Civ. No. 1RC04-1-7012. That action was removed by Defendant Young Bros. on December 10, 2004 to this court under 28 U.S.C. §1441.

### JURISDICTION AND VENUE

1. Jurisdiction of the federal claims is proper under 28 U.S.C. §1441. Jurisdiction of the state claims is proper under the doctrine of supplemental jurisdiction. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, 1345, and 1367.

2. The incident complained of herein alleged occurred with the State of Hawaii, which is within the jurisdiction of the United States District Court for the District of Hawaii. Pursuant to 28 U.S.C. § 1391, venue is therefore proper in this District.

### PARTIES

3. Plaintiff Motors is a Delaware corporation with its principal place of business in Southfield, Michigan.

4. Plaintiff Toyota is a Hawaii corporation with its principal place of business in Hilo, Hawaii.

5. Defendant Young Bros. is a Hawaii corporation doing business in the State of Hawaii with its principal place of business located in Honolulu, Hawaii.

6. Defendant HECO is a corporation incorporated in the State of Hawaii with it principal place of business in the State of Hawaii.

7. Defendant APT is a corporation incorporated in the State of Hawaii with it principal place of business in the State of Hawaii.

8. Defendant Pirelli Cable is a foreign corporation with its principal office in South Carolina, doing business in the State of Hawaii.

9. That on or about March 23, 2003 Defendant Young Bros. was engaged in the business of transporting cargo in the State of Hawaii.

10. On or about March 23, 2003 Defendants HECO, APT and Pirelli Cable shipped spools of cable with Defendant on one of Young Bros.' vessels. Said spools of cable were packed by Defendants HECO, APT and/or Pirelli Cable.

11. That on or about March 23, 2003 a spool of cable fell onto Plaintiff Toyota's vehicle resulting in a total loss of said vehicle.

12. Said act by Defendants were a direct and/or proximate cause of the damage to Plaintiff Toyota's vehicle of which Defendants are liable in negligence jointly and severally.

13. At the time of said incident Plaintiff Toyota was insured through a valid insurance policy in full force and effect issued by Motors.

14. As a direct and proximate result of said damage to

said vehicle, Plaintiff Toyota submitted a claim to Plaintiff Motors for the damage to said vehicle.

15. That, as a result of said claim submitted, Plaintiff Motors was obligated to pay, and did pay, the total of $17,275.46 and Plaintiff Toyota was assessed the sum of $1,500.00 as its deductible pursuant to the terms of the insurance policy issued by Motors.

16. Pursuant to the terms of said automobile insurance policy issued by Plaintiff Motors to Plaintiff Toyota and the payments made pursuant thereto, Plaintiff Motors is entitled to be subrogated to the rights of Plaintiff Toyota to recover said payments from Defendants.

WHEREFORE Plaintiffs Motors and Toyota pray for Judgment against Defendants Young Bros.; HECO; APT; and Pirelli Cable as follows:

A. An award of damages in the amount of $18,775.46, or a greater amount to be proven at trial.

B. An award of reasonable attorneys' fees and costs herein; and

C. Such other and further relief as this Court shall deem and proper under the circumstances.

DATED: Honolulu, Hawaii, _____OCT 19 2005_____.

_____
GREG NISHIOKA
Atty. for Plaintiffs

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA   4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION<br>and BIG ISLAND TOYOTA,<br><br>           Plaintiffs,<br>     vs.<br><br>YOUNG BROTHERS, LIMITED;<br>HAWAIIAN ELECTRIC COMPANY,<br>INC.; AMERICAN PACIFIC<br>TRANSPORT CO., LTD.; PIRELLI<br>CABLE NORTH AMERICA, INC.,<br><br>           Defendants. | Civil No. 04-00724 HG-BMK<br><br>SUMMONS IN A CIVIL ACTION |

## SUMMONS IN A CIVIL ACTION

TO:

   HAWAIIAN ELECTRIC INDUSTRIES, INC.
   900 Richards Street
   Honolulu HI 96813
   Defendant

   PIRELLI CABLE NORTH AMERICA, INC.
   Ste. 1600 Pauahi Tower
   1001 Bishop St.
   Honolulu, HI 96813
   Defendant


   and

-1-

11-15-2005  13:01    From-HECO LEGAL                      +8085434710           T-392   P.007/009   F-411

AMERICAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI 96819
Defendant

     YOU ARE HEREBY SUMMONED to and required to serve on Plaintiffs' attorney GREG NISHIOKA, 841 Bishop St., Ste. 224, Honolulu, Hawaii 96813 an answer to the First Amended Complaint which is served upon you with this Summons, within twenty (20) days after service of this summons on you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                    OCT 19 20__
_____                       _____
Clerk                                         Date

/s/ Drew Tomimoto
_____
(By) Deputy Clerk
(SEAL)

```
NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff
```

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2005

at __ o'clock and 15 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>         Plaintiffs,<br>   vs.<br><br>YOUNG BROTHERS, LIMITED;<br>HAWAIIAN ELECTRIC COMPANY,<br>INC.; AMERICAN PACIFIC<br>TRANSPORT CO., LTD.; PIRELLI<br>CABLE NORTH AMERICA, INC.,<br><br>         Defendants. | Civil No. 04-00724 HG-BMK<br><br>FIRST AMENDED SUMMONS<br>IN A CIVIL ACTION |

### FIRST AMENDED SUMMONS IN A CIVIL ACTION

TO:

```
     HAWAIIAN ELECTRIC COMPANY, INC.
     13th Floor
     220 S. King St.
     Honolulu HI 96813
     Defendant

     PIRELLI CABLE NORTH AMERICA, INC.
     Ste. 1600 Pauahi Tower
     1001 Bishop St.
     Honolulu, HI 96813
     Defendant
```

        and



ATTEST A True Copy
SUE BEITIA
Clerk United States District
Court District of Hawaii
By _____ Deputy

AMERICAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI 96819
Defendant

    YOU ARE HEREBY SUMMONED to and required to serve on Plaintiffs' attorney GREG NISHIOKA, 841 Bishop St., Ste. 224, Honolulu, Hawaii 96813 an answer to the First Amended Complaint which is served upon you with this First Amended Summons, within twenty (20) days after service of this First Amended summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the First Amended Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SUE BEITIA                                      **NOV 1 0 2005**
_____                     _____
Clerk                                           Date

/s/ Alison Greaney
_____
(By) Deputy Clerk

-2-

## GOODSILL ANDERSON QUINN & STIFEL

A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR

ALII PLACE, SUITE 1800 • 1099 ALAKEA STREET
HONOLULU, HAWAII 96813

MAIL ADDRESS: P.O. BOX 3196
HONOLULU, HAWAII 96801

TELEPHONE (808) 547-5600 • FAX (808) 547-5880
info@goodsill.com • www.goodsill.com

DIRECT DIAL:
(808) 547-5728

INTERNET:
rbaldemor@goodsill.com

November 16, 2005

Greg Nishioka, Esq.
841 Bishop Street, Suite 224
Honolulu, Hawaii 96813-3902

Re: Motors Insurance Corporation and Big Island Toyota vs. Young Brothers, Limited, et al., Civil No. 04-00724 HG/BMK

Dear Mr. Nishioka:

This is to confirm my secretary's conversation with Merilyn of your office this morning. Thank you for agreeing to provide Defendant Hawaiian Electric Company, Inc. with a one week extension to submit its answer to Plaintiff's First Amended Complaint filed on October 19, 2005. Defendant Hawaiian Electric Company, Inc.'s answer, previously due on December 1, 2005, will now be due on December 8, 2005.

Sincerely,

for: Randolf L. M. Baldemor

RLB:cmm

1110722.1