ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI                    5191-0
R. SCOTT SIMON                 7158-0
   scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2006

at ____ o'clock and ____ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>        Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.; DECLARATION OF RANDOLF L.M. BALDEMOR; EXHIBITS "1" – "3"; ENTRY OF DEFAULT BY |

**EXHIBIT "D"**

1258551.1

CLERK AS TO CROSS CLAIM
DEFENDANTS AMERICAN
PACIFIC TRANSPORT CO., LTD.
AND PIRELLI CABLE NORTH
AMERICA, INC.; CERTIFICATE OF
SERVICE

## DEFENDANT/CROSS-CLAIMANT HAWAIIAN ELECTRIC COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.

Defendant / Cross Claimant HAWAIIAN ELECTRIC COMPANY

("Cross Claimant HECO"), by its attorneys, and hereby requests the Clerk of this

Court  to enter default in the above entitled action against Cross-Claim Defendants

American Pacific Transport Co., Ltd. ("American Pacific") and Pirelli Cable North

America, Inc. ("Pirelli"), on the grounds that American Pacific and Pirelli failed to

answer or otherwise defend against Cross Claimant HECO's Cross-Claim, filed

herein on December 8, 2005, and have entered no appearance.

/
/
/
/
/
/
/
/
/

This request is made pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Declaration of Randolf L.M. Baldemor and exhibits attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii, _____FEB 2 2 2006_____.

RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross
Claimant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>              Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>              Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>DECLARATION OF RANDOLF L.M. BALDEMOR; EXHIBITS "1" – "3" |

## DECLARATION OF RANDOLF L.M. BALDEMOR

I, RANDOLF L.M. BALDEMOR, declare as follows:

      1.    I am an associate with the law firm of Goodsill Anderson Quinn & Stifel, A Limited Liability Law Partnership LLP, and am one of the counsel of record for Defendant/Cross-Claimant Hawaiian Electric Company ("HECO") in the above-captioned case.  I make this declaration based upon personal knowledge and/or upon information and belief.

      2.    Attached hereto as Exhibit "1" is a true and correct copy of HECO's Cross-Claim, filed herein on December 8, 2005.

      3.    Attached hereto as Exhibit "2" is a true and correct copy of the

Return of Service regarding Cross-Claim Defendant American Pacific Transport Co., Ltd. ("American Pacific"), filed herein on December 15 2005, indicating that American Pacific was served on December 14, 2005.

    4.    Attached hereto as Exhibit "3" is a true and correct copy of the Return of Service regarding Cross Claim Defendant Pirelli Cable North American Pacific, Inc. ("Pirelli"), filed herein on January 23, 2006, indicating that Pirelli was served vis-à-vis its agent Corporation Service Company.

    5.    American Pacific and Pirelli have not answered the cross-claim, or otherwise appeared in this action.

    6.    Therefore, HECO requests entry of default by the Clerk of this Court against American Pacific and Pirelli for failure to answer or otherwise plead to the cross-claims.

    I declare the foregoing under penalty of perjury under the laws of the United States.

    DATED:  Honolulu, Hawaii, _____FEB 2 2 2006_____.

RANDOLF L. M. BALDEMOR

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR        7421-0
  rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 8 2005

at __/2__ o'clock and ____min.__M
SUE BEITIA, CLERK

SUSAN A. LI                  5191-0
R. SCOTT SIMON               7158-0
  scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii  96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>       Plaintiffs,<br><br>  vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>       Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FILED ON OCTOBER 19, 2005; DEFENDANT HAWAIIAN ELECTRIC COMPANY'S CROSS-CLAIM; CERTIFICATE OF SERVICE |

**EXHIBIT "1"**

1129945.1

## DEFENDANT HAWAIIAN ELECTRIC COMPANY, INC.'S ANSWER TO FIRST AMENDED COMPLAINT FILED ON OCTOBER 19, 2005

Defendant HAWAIIAN ELECTRIC COMPANY, INC. (hereinafter "HECO"), by and through its counsel, GOODSILL ANDERSON QUINN & STIFEL LLP and HECO's Legal Department, for an answer to the First Amended Complaint filed herein, alleges and avers as follows:

### FIRST DEFENSE

1.     The First Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

2.     The allegations contained in paragraph 6 of the First Amended Complaint are admitted.

3.     The allegations contained in the unnumbered paragraph entitled "NATURE OF THE ACTION" and paragraphs 1, 2, 3, 4, 5, 7, 8, 9, 11, 13, 14, and 15 of the First Amended Complaint are neither admitted nor denied, since Defendant HECO is without knowledge or information sufficient at the present time to form a belief as to the truth or falsity of the allegations contained therein and thus leaves Plaintiffs to their proof.

4.    With respect to paragraph 10, Defendant HECO admits only that at times relevant, it has ordered cable spools from Pirelli Cable North America, Inc. and/or its affiliates; all remaining allegations are denied as to Defendant HECO.

5.    The allegations contained in paragraph 12 are denied as to Defendant HECO; all remaining allegations are neither admitted nor denied, since Defendant HECO is without knowledge or information sufficient at the present time to form a belief as to the truth or falsity of the same, and thus leaves Plaintiffs to their proof.

6.    With respect to paragraph 16, all allegations of entitlement to recovery against Defendant HECO are denied; the remaining allegations are neither admitted nor denied, since Defendant HECO is without knowledge or information sufficient at the present time to form a belief as to the truth or falsity of the same, and thus leaves Plaintiffs to their proof.

7.    All allegations not specifically admitted hereinabove are denied.

### THIRD DEFENSE

8.    Defendant HECO was not negligent.

### FOURTH DEFENSE

9.    Plaintiffs' claims against Defendant HECO are barred because the harm plaintiff allegedly suffered, if any, was caused by factors, persons or entities other than Defendant HECO.

- 2 -

### FIFTH DEFENSE

10.    Defendant HECO intends to rely upon the defense that liability to

Plaintiffs, if any, is that of persons or entities other than Defendant HECO.

### SIXTH DEFENSE

11.    Defendant HECO intends to rely upon the defenses of avoidable

consequences and/or failure to mitigate damages.

### SEVENTH DEFENSE

12.    Defendant HECO intends to rely upon the defenses of estoppel, laches

and/or waiver.

### EIGHTH DEFENSE

13.    Defendant HECO intends to rely upon the defenses of lack of duty

and/or lack of a breach of duty on the part of Defendant HECO.

### NINTH DEFENSE

14.    Defendant HECO intends to rely upon the defense of lack of privity

and/or lack of a contractual relation.

### TENTH DEFENSE

15.    Defendant HECO intends to rely upon the defense that Plaintiffs'

claims for relief may be barred by applicable statute(s) of limitations or otherwise

untimely.

## ELEVENTH DEFENSE

16.    Plaintiff's claims are barred because Plaintiffs lack standing to assert any claims against Defendant HECO.

## TWELFTH DEFENSE

17.    Defendant HECO intends to rely upon the defense of failure to join indispensable parties.

## THIRTEENTH DEFENSE

18.    Defendant HECO intends to rely upon the defenses of Plaintiffs' full knowledge, consent, and acquiescence as to the terms and manner under which the subject vehicle was shipped.

## FOURTEENTH DEFENSE

19.    Plaintiffs are precluded from recovery from Defendant HECO under the doctrines of ratification by acquiescence, acceptance of financial or other benefit, implicit or explicit acceptance, failure to repudiate and/or failure to notify.

## FIFTEENTH DEFENSE

20.    Defendant HECO intends to rely upon the defense of in pari delicto, or unclean hands, as to Plaintiffs' claims against Defendant HECO.

## SIXTEENTH DEFENSE

21.    Plaintiffs' claims against Defendant HECO are barred, in whole or in part, by the doctrines of equitable estoppel and quasi-estoppel.

- 4 -

### SEVENTEENTH DEFENSE

22.    The negligent acts or omissions of Plaintiffs and/or other persons, and not of Defendant HECO, were the proximate and legal cause of the monetary loss alleged, if any.

### EIGHTEENTH DEFENSE

23.    Defendant HECO intends to rely upon the comparative negligence and fault of Plaintiffs, other defendants, and/or other persons as a defense to liability on the part of Defendant HECO.

### NINETEENTH DEFENSE

24.    Defendant HECO reserves the right to assert to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure that is supported by information or facts obtained in discovery, at trial or by other means during this case, and expressly reserves the right to amend his Answer to assert such additional affirmative defenses in the future.

//

//

//

//

//

- 5 -

WHEREFORE, Defendant HECO prays that the suit be dismissed and Defendant HECO be awarded costs or that the trier find the degree of comparative negligence of all parties and that the damages awarded Plaintiffs be discounted by an amount directly proportional to the total damages as the proportion of Plaintiffs' negligence is to the total negligence that caused the injury and/or damages.

DATED:  Honolulu, Hawaii, December 8, 2005.


RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

- 6 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>               Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>               Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>DEFENDANT HAWAIIAN ELECTRIC COMPANY'S CROSS-CLAIM |

## DEFENDANT HAWAIIAN ELECTRIC COMPANY'S CROSS-CLAIM

Defendant HAWAIIAN ELECTRIC COMPANY, INC. (hereinafter "HECO") for a cross-claim against Defendants AMERICAN PACIFIC TRANSPORT CO., LTD. and PIRELLI CABLE NORTH AMERICA, INC. (hereinafter collectively "Other Defendants"), alleges and avers as follows:

      1.    Plaintiffs MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA (hereinafter collectively "Plaintiffs") filed a First Amended Complaint against all Defendants for property damage allegedly arising out of an accident to a vehicle being transported as cargo.

      2.    If Plaintiffs incurred damages as alleged in the First Amended Complaint, such damage was caused or proximately resulted from the negligence,

1129945.1

breach of duty, strict liability, or other wrongful act or omission of Other

Defendants, and Defendant HECO is in no way at fault or liable therefor.

3.     If Defendant HECO is held liable to Plaintiffs, then Other

Defendants are liable to Defendant HECO for the above said wrongful acts.

4.     If any judgment is rendered against Defendant HECO, then

Defendant HECO is entitled to reimbursement, contribution, and/or indemnity

from Other Defendants.

WHEREFORE, Defendant HECO prays for judgment as follows:

A.     If it is determined that Plaintiffs are entitled to judgment against

Defendant HECO, that Defendant HECO have judgment, jointly and severally,

over and against Other Defendants.

B.     If Defendant HECO and any or all of the Other Defendants are

deemed to be joint tortfeasors, that the relative degree of fault of each be

determined and Defendant HECO have judgment, jointly and severally, against

Other Defendants, or any of them, for any amount over and above Defendant

HECO'S pro rata share of such judgment.

C.     That Defendant HECO have judgment, jointly and severally,

against Other Defendants for reimbursement, contribution, and/or indemnity.

D.     That the Court award Defendant HECO costs and attorney's

fees.

- 2 -

E.    For such other relief as the Court deems just and equitable in the circumstances.

DATED:  Honolulu, Hawaii, December 8, 2005.


RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

- 3 -

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a copy of the foregoing was duly served on this date upon the following party(ies) at the address(es) listed below by the means indicated:

|  | Mail | Hand Delivery |
|---|---|---|
| GREGG NISHIOKA<br>Nishioka & Fujioka<br>841 Bishop Street, Suite 224<br>Honolulu, Hawaii  96813 | ☐ | ☒ |

Attorney for Plaintiffs
MOTORS INSURANCE CORPORATION
and BIG ISLAND TOYOTA

1129945.1

|  | Mail | Hand Delivery |
|---|---|---|
| MARK S. HAMILTON<br>Frame Formby & O'Kane<br>Four Waterhouse Plaza, Suite 575<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813 | ☐ | ☒ |

Attorney for Defendant
YOUNG BROTHERS, LIMITED

    DATED: Honolulu, Hawaii, December 8, 2005.


                                    _____
                                    RANDOLF L. M. BALDEMOR

                                    SUSAN A. LI
                                    R. SCOTT SIMON

                                    Attorneys for Defendant
                                    HAWAIIAN ELECTRIC COMPANY

- 2 -

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR        7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

SUSAN A. LI                        5191-0
R. SCOTT SIMON                7158-0
    scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii  96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 5 2005

at 3 o'clock and 4u min M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MOTORS INSURANCE
CORPORATION and BIG ISLAND
TOYOTA,

                Plaintiffs,

        vs.

YOUNG BROTHERS, LIMITED; JOHN
DOES 1-10; JANE DOES 1-10; and DOE
ENTITIES 1-10,

                Defendants.

CIVIL NO.  CV 04-00724 HG/BMK

RETURN OF SERVICE

[Re:  American Pacific Transport Co.,
Ltd.)

**EXHIBIT "2"**

1130542.1

## RETURN OF SERVICE

Service was made at: AMERICAN PACIFIC TRANSPORT CO., LTD
1001 BISHOP STREET S-2650, HONOLULU HAWAII 96813
SERVED THE ABOVE THROUGH MICHAEL RUDY, ESQ.
ATTORNEY AUTHORIZED TO ACCEPT SERVICE FOR
DEFENDANT.on 12/14/2005 @ 0845 hours

[ X ]   Service of Defendant Hawaiian Electric Company, Inc.'s
Answer to First Amended Complaint Filed on October 19,
2005; Defendant Hawaiian Electric Company's Cross-Claim
filed December 8, 2005 ("Cross –Claim") was made upon the
witness named in the Cross-Claim.

[ X ]   Service of the said Cross-Claim was made on another
individual named below.

Signature (received by): _____

Print Name: _____

Title or Position: _____

Date: DECEMBER 14, 2005        Time: 0845 hours

Served by (signature): AGENT A. SHANNON

Print Name: AGENT A. SHANNON   DATED: 12/15/2005

1108688.1

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR      7421-0
    rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

SUSAN A. LI                5191-0
R. SCOTT SIMON             7158-0
    scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii 96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant
HAWAIIAN ELECTRIC COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>        Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10;<br><br>        Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>RETURN OF SERVICE<br><br>[Re: Pirelli Cable North American Pacific, Inc.) |

1130542.1

Case 1:04-cv-00724-HG-BMK    Document 35    Filed 02/22/2006    Page 4 of 4
Case 1:04-cv-00724-HG-BMK    Document 34    Filed 01/25/2006    Page 2 of 2

# ORIGINAL

## RETURN OF SERVICE

Service was made at: _Corp. Service Company_

_5000 Thurmond Well Blvd._

[✓]  Service of Defendant Hawaiian Electric Company, Inc.'s
Answer to First Amended Complaint Filed on October 19,
2005; Defendant Hawaiian Electric Company's Cross-Claim
filed December 8, 2005 ("Cross –Claim") was made upon the
witness named in the Cross-Claim.

[  ]  Service of the said Cross-Claim was made on another
individual named below.

Signature (received by): _Pat Moore_

Print Name: _Patricia Moore_

Title or Position: _Administrative Assistant_

Date: _1-03-06_         Time: _10:20_

Served by (signature): _Clarence Porter_

Print Name: _Clarence Porter_

1108688.1

**Service of Process:**

1:04-cv-00724-HG-BMK Motors Insurance Cor, et al v. Young Brothers, Limi, et al

**U.S. District Court**

**District of Hawaii - CM/ECF V2.5 (11/05)**

Notice of Electronic Filing

The following transaction was received from Baldemor, Randy entered on 1/23/2006 at 2:59 PM HST and filed on 1/23/2006

| | |
|---|---|
| Case Name: | Motors Insurance Cor, et al v. Young Brothers, Limi, et al |
| Case Number: | 1:04-cv-724 |
| Filer: | Hawaiian Electric Industries, Inc. |
| Document Number: | 34 |

**Docket Text:**
ACKNOWLEDGEMENT OF SERVICE Executed *Return of Service re Pirelli Cable North American Pacific, Inc.* Acknowledgement filed by Hawaiian Electric Industries, Inc.. (Baldemor, Randy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/23/2006] [FileNumber=19942-0]
[383de44473e6ec8158dc4e06ee368357324d4c72df6008384224e602be306fae3bac0
247c4c2fe86c838210f1684c421dc9de3a56039d2e0a31b8aac40320b7c]]

**1:04-cv-724 Notice will be electronically mailed to:**

Randy L.M. Baldemor    rbaldemor@goodsill.com, cmuraoka@goodsill.com;
lsugamoto@goodsill.com; jhyuen@goodsill.com

Roger S. Simon    scott.simon@heco.com

**1:04-cv-724 Notice will be delivered by other means to:**

Susan L. Arinaga
Hawaiian Electric Company Inc
PO Box 2750
Honolulu, HI 96840-0001

Robert G. Frame
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

**EXHIBIT "3"**

Mark S. Hamilton
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, Hi 95813

Michael J. Nakano
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

Greg Nishioka
Nishioka & Fujioka
841 Bishop St Ste 224
Honolulu, HI 96813

John O'Kane , Jr
Frame Formby & O'Kane
4 Waterfront Plaza
500 Ala Moana Blvd Ste 575
Honolulu, HI 96813

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>**ENTRY OF DEFAULT BY CLERK AS TO CROSS CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.** |

**ENTRY OF DEFAULT BY CLERK AS TO CROSS-CLAIM DEFENDANTS AMERICAN PACIFIC TRANSPORT CO., LTD. AND PIRELLI CABLE NORTH AMERICA, INC.**

It appearing that the above-named Cross-Claim Defendants

AMERICAN PACIFIC TRANSPORT CO., LTD. and PIRELLI CABLE NORTH

AMERICA, INC. are in default for failure to answer or otherwise defend as

required by law, default is hereby entered as against them pursuant to Rule 55(a) of

the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii _____.

_____

CLERK OF THE ABOVE-ENTITLED COURT

Deputy Clerk, _____
District Court, District of Hawaii

1258551.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, | CIVIL NO. CV 04-00724 HG/BMK |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing

document was duly served on the following parties as indicated below:

| | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| GREGG NISHIOKA<br>Nishioka & Fujioka<br>841 Bishop Street, Suite 224<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiffs<br>MOTORS INSURANCE<br>CORPORATION<br>and BIG ISLAND TOYOTA | | x |

1258551.1

|                        | Electronically<br>through CM/ECF | U.S. Mail, Postage<br>Pre-Paid |
|------------------------|---------------------------------|-------------------------------|

MARK S. HAMILTON                                                      X
Frame Formby & O'Kane
Four Waterhouse Plaza, Suite 575
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Defendant
YOUNG BROTHERS, LIMITED

DATED: Honolulu, Hawaii,  ___FEB 2 2 2006___ .


                        _____
                        RANDOLF L. M. BALDEMOR

                        SUSAN A. LI
                        R. SCOTT SIMON

                        Attorneys for Defendant / Cross
                        Claimant
                        HAWAIIAN ELECTRIC COMPANY