IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>        Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>        Defendants. | CIVIL NO. CV 04-00724 HG/BMK<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing document was duly served on the following parties as indicated below:

|  | Electronically through CM/ECF | U.S. Mail, Postage Pre-Paid |
|---|---|---|
| GREGG NISHIOKA<br>Nishioka & Fujioka<br>841 Bishop Street, Suite 224<br>Honolulu, Hawaii 96813<br><br>Attorney for Plaintiffs<br>MOTORS INSURANCE CORPORATION<br>and BIG ISLAND TOYOTA |  | x |

1505637.1

|  | **Electronically through CM/ECF** | **U.S. Mail, Postage Pre-Paid** |
|---|---|---|
| MARK S. HAMILTON<br>Frame Formby & O'Kane<br>Four Waterhouse Plaza, Suite 575<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>YOUNG BROTHERS, LIMITED |  | x |

DATED:  Honolulu, Hawaii, September 19, 2006.

/s/ Randolf L.M. Baldemor
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY