# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/03/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00724HG-BMK |
| CASE NAME: | Motors Insurance Corporation, et al. Vs. Young Brothers, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | Randolf L.M. Baldemor<br>Seth Weaver |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR-Courtroom 6 |
| DATE: | 11/03/2006 | TIME: | 2:28-2:31 |

COURT ACTION:  EP: Defendant/Cross-Claimant Hawaiian Electric Company's Motion for Default Judgment Against Cross-Claim Defendants American Pacific Transport Co., Ltd. and Pirelli Cable North America, Inc. - Motion Granted and terminated.

Findings and Recommendation Granting Motion to be prepared by counsel within one week.

Submitted by: Warren N. Nakamura, Courtroom Manager