ORIGINAL

*no answer*

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA   4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833
greg@nishiokafujiokalaw.com

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 7 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>           Plaintiffs,<br><br>    vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>           Defendants. | Civil No.04-00724 HG/BMK<br><br>PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC; DECLARATION OF COUNSEL; EXHIBITS A; ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC.; CERTIFICATE OF SERVICE |

### PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC.

Plaintiffs, by and through their attorneys above-named, hereby request the Clerk of this Court to enter Default in the above-entitled action against Defendant Pirelli Cable North America, Inc. (hereinafter "Pirelli"), on the grounds that Pirelli failed to answer or otherwise defend against the First Amended Complaint filed against it on 10/19/05 and has entered no appearance.  This request is made pursuant to F.R.C.P. Rule 55,

the Declaration of Counsel and exhibits attached hereto and the records and files herein.

Dated: Honolulu, Hawaii, December 7, 2006.

                                      Greg Nishioka
                                      Attorney for Plaintiffs