FILED IN THE
UNITED STATES DISTRICT COURT
DISTRIC    HAWAII

APR 03 2006

at ___ o'clock and 28 mi___ __
SUE BEITIA, CLERK

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MOTORS INSURANCE CORPORATION    )    Civil No.04-00724 HG/BMK
and BIG ISLAND TOYOTA,    )
    )
        Plaintiffs,    )    RETURN OF SERVICE
    )
    vs.    )
    )
YOUNG BROTHERS, LIMITED;    )
HAWAIIAN ELECTRIC COMPANY,    )    (Re: Pirelli Cable North
INC.; AMERICAN PACIFIC    )    American Pacific, Inc.)
TRANSPORT CO., LTD.; PIRELLI    )
CABLE NORTH AMERICA, INC.,    )
    )
        Defendants.    )
    )

RETURN OF SERVICE

Service was made at: Corporation Service Company
5000 Thurmond Hall Blvd, Columbia, SC 29201

[    ]    Service of First Amended Complaint; Summons
filed 10/19/05 and First Amended Summons
filed 11/10/05 was made upon Defendant
Pirelli Cable North America, Inc.

[ X ]    Service of said First Amended Complaint;
Summons and First Amended Summons was made
on another individual named below.

Signature (received by): Refused to Sign

Print Name: Erin Daley

Title or Position: Legal Assistant

EXHIBIT    A

Date: _MARCH 22, 2006_____ Time: _2:40pm_____

Served by (signature): _Rhonda Nesbitt_____

Print Name: _RHONDA NESBITT_____

EXHIBIT _A___

# AFFIDAVIT OF SERVICE

State of Hawaii                                    County of                                              District Court

Case Number: 04-00724 HG/BMK

Plaintiff:
**Motors Insurance Corporation, et al.**
vs.
Defendant:
**Young Brothers, Limited; et al.**

For:
Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA  91402

Received by Eleanor's Legal Support.com to be served on **PIRELLI CABLE NORTH AMERICA INC. by serving Corporation Service Company, 5000 Thurmond Hall Blvd., Columbia, SC 29201.**

I, Rhonda Nesbitt, being duly sworn, depose and say that on the **22nd day of March, 2006 at 2:40 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons and First Amended Summons and First Amended Complaint** to ERIN DALEY as LEGAL ASSISTANT, A PERSON AUTHORIZED TO ACCEPT SERVICE of the within named corporation, at the address listed aboved,  in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 22nd day of
March, 2006 by the affiant who is personally known to me.

_____
Notary for South Carolina

My Commission Expires June 13, 2006

My commission expires: _____

**Rhonda Nesbitt**
Process Server

Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA  91402
(818) 897-2156

Our Job Serial Number: 2006003105
Ref: 2006007548

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

EXHIBIT __A__