## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly mailed by way of first class mail, postage prepaid, or hand delivered to each of the following on the date it was filed with the Court:

Randolf Baldemor, Esq.
1099 Alakea St., Ste 1800
Honolulu HI 96813

Attys. for Defendant Hawaiian Electric

GREG NISHIOKA