IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUNG BROTHERS, LIMITED, AMERICAN PACIFIC TRANSPORT and PIRELLI CABLE NORTH AMERICA, INC., <br><br> Defendants, <br><br> and HAWAIIAN ELECTRIC COMPANY, INC. <br><br> Defendant/Cross Claimant, <br><br> vs. <br><br> PIRELLI CABLE NORTH AMERICA, INC. and AMERICAN PACIFIC TRANSPORT <br><br> Cross Defendants. | CIVIL NO. 04-00724 HG-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
**AMENDED** FINDINGS AND RECOMMENDATION

Amended Findings and Recommendation That Hawaiian Electric Company,

Inc.'s Motion for Default Judgment Be Granted (Doc. 51) having been filed and

served on all parties on January 10, 2007, and no objections having been filed by

any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the **Amended Findings and Recommendation (Doc. 51)** are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 1, 2007.



/S/ Helen Gillmor
Helen Gillmor
Chief United States District Judge

_____

Civil No. 04-00724 HG-BMK; Motors Insurance Corporation, et al. v. Young Brothers, Limited, et al. and Hawaiian Electric Company, Inc. (Defendant/Cross-Claimant) v. Pirelli Cable North America, Inc., et al. (Cross-Claim Defendants) ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED FINDINGS AND RECOMMENDATION

cc: all parties of record