ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RANDOLF L. M. BALDEMOR   7421-0
   rbaldemor@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

SUSAN A. LI                      5191-0
R. SCOTT SIMON              7158-0
   scott.simon@heco.com
Hawaiian Electric Company, Inc.
P.O. Box 2750
Honolulu, Hawaii  96840-0001
Telephone No. 543-4775
Facsimile No. 543-4710

Attorneys for Defendant / Cross Claimant
HAWAIIAN ELECTRIC COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 0 2007

at 4 o'clock and ___min ___M
SUE BEITIA, CLERK

LODGED

MAY 0 4 2007
3:20 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; JOHN DOES 1-10; JANE DOES 1-10; and DOE ENTITIES 1-10,<br><br>Defendants. | CIVIL NO.  CV 04-00724 HG/BMK<br><br>STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AND ORDER |

1716971.1

## STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between all parties hereto, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the claims filed by Plaintiffs Motors Insurance Corporation and Big Island Toyota against Defendant Hawaiian Electric Company are dismissed with prejudice, each party to bear its own attorneys' fees and costs incurred up to the date of the execution of this Stipulation.

This Stipulation is signed by all parties who have appeared in this action.

Trial has not been scheduled.

/
/
/
/
/
/
/
/
/
/
/
/
/

DATED: Honolulu, Hawaii, _____.

_____
RANDOLF L. M. BALDEMOR

SUSAN A. LI
R. SCOTT SIMON

Attorneys for Defendant / Cross
Claimant
HAWAIIAN ELECTRIC COMPANY

DATED: Honolulu, Hawaii, _____.

_____
GREG NISHIOKA

Attorney for Plaintiffs
MOTORS INSURANCE
CORPORATION
and BIG ISLAND TOYOTA

DATED: Honolulu, Hawaii, _____.

_____
MARK S. HAMILTON

Attorney for Defendant
YOUNG BROTHERS, LIMITED

APPROVED AND SO ORDERED:

_____
Judge of the above-entitled Court

MAY 10 2007

STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE AND ORDER;
*Motors Insurance Corporation and Big Island Toyota v. Young Brothers Limited, et al.*; Civil No. 04-00724 HG/BMK