NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833
email: greg@nishiokafujiokalaw.com

Attys. for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>Defendants. | Civil No.04-00724 HG/BMK<br><br>PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANTS AMERICAN TRANSPORT CO. AND PIRELLI CABLE NORTH AMERICA, INC.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS 1-4; CERTIFICATE OF SERVICE |

**PLAINTIFFS' REQUEST FOR DEFAULT JUDGMENT AGAINST DEFENDANTS
AMERICAN PACIFIC TRANSPORT CO. AND
PIRELLI CABLE NORTH AMERICA, INC.**

COME NOW Plaintiffs MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA and hereby move this Honorable Court for default judgment in the above-entitled action against Defendants AMERICAN PACIFIC TRANSPORT CO. (hereinafter "APT") and PIRELLI CABLE NORTH AMERICA, INC. (hereinafter "Pirelli") on the grounds that: 1) default was entered against APT on 9/14/06 and against Pirelli on 12/7/06 for failure to answer or otherwise defend against either Plaintiff's Complaint filed on 12/1/04 or

Plaintiff's First Amended Complaint filed 10/19/05; 2) APT and Pirelli have entered no appearance or moved to remove the respective entries of default; and 3) the amount of judgment is now certain.  Further Defendants APT and Pirelli are individual companies and are not infants or incompetent persons.

WHEREFORE, MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA request this Court to make and enter judgment on its Complaint and First Amended Complaint against APT and Pirelli in the amount of $14,275.42, plus costs in the amount of $579.68, as well as post-judgment interest, said amount reflects a credit of $4,500 received from Defendant HAWAIIAN ELECTRIC COMPANY, INC.

This Motion is made pursuant to F.R.C.P. Rules 54 and 55, the memorandum in support, declaration of counsel, and the exhibits attached hereto as well as the records and files herein.

DATED: Honolulu, Hawaii, November 29, 2007.

_____
GREG NISHIOKA
Atty. for Plaintiffs