NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833
greg@nishiokafujiokalaw.com

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 4 2006

at ___l___o'clock and ___min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, | Civil No.04-00724 HG/BMK |
| Plaintiffs, | PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO. LTD.; DECLARATION OF COUNSEL; EXHIBITS A-B; ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO., LTD.; CERTIFICATE OF SERVICE |
| vs. | |
| YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC., | |
| Defendants. | |

## PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT AMERICAN PACIFIC TRANSPORT CO, LTD.

Plaintiffs, by and through their attorneys above-named, hereby request the Clerk of this Court to enter Default in the above-entitled action against Defendant American Pacific Transport Co., Ltd., on the grounds that American Pacific Transport Co., Ltd. failed to answer or otherwise defend against the Complaint filed against it on 12/01/04 or the First Amended Complaint filed against it on 10/19/06 and have entered no

EXHIBIT  3

appearance.  This request is made pursuant to F.R.C.P. Rule 55, the Declaration of Counsel and exhibits attached hereto and the records and files herein.

Dated: Honolulu, Hawaii, September 14, 2006.


Greg Nishioka
Attorney for Plaintiffs

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOTORS INSURANCE CORPORATION<br>and BIG ISLAND TOYOTA, | ) | Civil No.04-00724 HG/BMK |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF GREG NISHIOKA |
| | ) | |
| vs. | ) | |
| | ) | |
| YOUNG BROTHERS, LIMITED;<br>HAWAIIAN ELECTRIC COMPANY,<br>INC.; AMERICAN PACIFIC<br>TRANSPORT CO., LTD.; PIRELLI<br>CABLE NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GREG NISHIOKA

COMES NOW GREG NISHIOKA and under penalty of perjury states that the following is true and based on personal knowledge:

1.  Declarant is an attorney licensed to practice law before all Courts in the State of Hawaii and as an attorney for Plaintiffs familiar with the facts herein and authorized to make this Declaration.

2.  That the Complaint herein was filed on December 1, 2004;

3.  That Defendant AMERICAN PACIFIC TRANSPORT was served with the instant Complaint by Process Server Robert Tam on May 17, 2005.  A copy of the Return of Service is attached hereto as Exhibit A;

EXHIBIT 3

4.   That on October 19, 2005 a First Amended Complaint was filed;

5.   That Defendant AMERICAN PACIFIC TRANSPORT was served with the First Amended Complaint by Process Server Robert Tam on November 14, 2005.  A copy of the Return of Service is attached hereto as Exhibit B;

6.   The defaulting defendant was served more than twenty (20) days ago and it has not answered or otherwise plead in this action.

7.   Therefore Plaintiffs request entry of default by Clerk of this Court against American Pacific Transport for failure to answer or otherwise plead.

FURTHER DECLARANT SAITH NAUGHT.

Dated: Honolulu, Hawaii, September 14, 2006.

_____
GREG NISHIOKA

EXHIBIT 3

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Hawaii

MOTORS INSURANCE CORPORATION
and BIG ISLAND TOYOTA

V.

YOUNG BROTHERS, LIMITED;
JOHN DOES 1-10;
JANE DOES 1-10; and
DOE ENTITIES 1-10

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CV 04-00724-HG-BMK

TO: (Name and address of Defendant)

AMERICAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI   96819
Defendant Doe Entity 2

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GREG NISHIOKA 4004-0
841 Bishop St., Ste. 224
Honolulu HI   96813
Atty. for Plaintiff

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

EXHIBIT 3

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE

EXHIBIT ___A___

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/17/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert Tam | process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   thru Dusin Muraoka, Int'l mgr

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 8 2005

☐ Other (specify):

at __1__ o'clock and __0__ min. __P__ M
WALTER A.Y.H. CHINN, CLERK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6.00 | 50.00 | $56.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/18/05
_____
Date

_____
Signature of Server   Robert Tam

841 Bishop St., Honolulu, HI
_____
Address of Server

For: American Pacific Transport
Dwain Muraoka

Int'l mgr
0956 5/17/05

EXHIBIT 3

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT __A__

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA    4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 0 2005

at __11__ o'clock and __15 A__ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MOTORS INSURANCE CORPORATION )    Civil No. 04-00724 HG-BMK
and BIG ISLAND TOYOTA,        )
                              )
            Plaintiffs,       )    FIRST AMENDED SUMMONS
        vs.                   )    IN A CIVIL ACTION
                              )
YOUNG BROTHERS, LIMITED;      )
HAWAIIAN ELECTRIC COMPANY,    )
INC.; AMERICAN PACIFIC        )
TRANSPORT CO., LTD.; PIRELLI  )
CABLE NORTH AMERICA, INC.,    )
                              )
            Defendants.       )
_____ )

FIRST AMENDED SUMMONS IN A CIVIL ACTION

TO:

        HAWAIIAN ELECTRIC COMPANY, INC.
        13th Floor
        220 S. King St.
        Honolulu HI 96813
        Defendant

        PIRELLI CABLE NORTH AMERICA, INC.
        Ste. 1600 Pauahi Tower
        1001 Bishop St.
        Honolulu, HI 96813
        Defendant

        and

EXHIBIT 3

-1-        EXHIBIT B

AMERICAN PACIFIC TRANSPORT
2635 Waiwai Loop
Honolulu HI 96819
Defendant


        YOU ARE HEREBY SUMMONED to and required to serve on
Plaintiffs' attorney GREG NISHIOKA, 841 Bishop St., Ste. 224,
Honolulu, Hawaii 96813 an answer to the First Amended Complaint
which is served upon you with this First Amended Summons, within
twenty (20) days after service of this First Amended summons on
you, exclusive of the date of service.  If you fail to do so,
judgment by default will be taken against you for the relief
demanded in the First Amended Complaint.  Any answer that you
serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

SUE BEITIA

_____          NOV 1  2005
Clerk                                Date

/s/ Alison Greaney
_____
(By) Deputy Clerk


EXHIBIT 3

EXHIBIT B

-2-

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

RETURN OF SERVICE

NOV 1 6 2005

Service of the First Amended Complaint;    DATE: 11/14/05
Summons and First Amended Summons

at _____ o'clock and _____ min. ___M
SUE BEITIA, CLERK

Name of Server: (PRINT)  Robert Tam        Title:  **process server**

☒    Served personally upon the Defendant   **American Pacific Transport**
     Thru: **Duain Muraoka, manager**

     Place where served.    **2635 Waiwai Loop**
                            **Honolulu, HI**

☐    Left copies thereof at defendant's dwelling house or usual place
     of above with person or suitable age and discretion residing therein.

     Name of person with whom First Amended Complaint; Summons and First
     Amended Summons were left

☐    Returned unexecuted:

☐    Other(specify):

_____

                    STATEMENT OF SERVICE FEES
Travel $6.00           Services  $25.00                Total        $31.00

_____

                      DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United State of
America that the foregoing information contained in the Return of service and
Statement of Service Fees is true and correct.
                        11/16/05
     Executed on _____      _____
                      Date                      Signature of Server
                                              Robert Tam

                                              _____
                                              Address of Server

EXHIBIT 3

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MOTORS INSURANCE CORPORATION )   Civil No.04-00724 HG/BMK
and BIG ISLAND TOYOTA, )
                         )   ENTRY OF DEFAULT AGAINST
         Plaintiffs, )   DEFENDANT AMERICAN PACIFIC
                         )   TRANSPORT CO., LTD.
  vs. )
                         )
YOUNG BROTHERS, LIMITED; )
HAWAIIAN ELECTRIC COMPANY, )
INC.; AMERICAN PACIFIC )
TRANSPORT CO., LTD.; PIRELLI )
CABLE NORTH AMERICA, INC., )
                         )
        Defendants. )
_____ )

### ENTRY OF DEFAULT AGAINST
### DEFENDANT AMERICAN PACIFIC TRANSPORT CO., LTD.

It appearing that Defendant AMERICAN PACIFIC TRANSPORT CO., LTD. is in default for failure to answer or otherwise defend as required by law, default is hereby entered against it pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii, _____SEP 1 3 2006_____ .

                              SUE BEITIA
                       Clerk of the Above-Entitled Court

           /s/ Alison Greaney

          Deputy Clerk, United States
          District Court, District of Hawaii

EXHIBIT 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly mailed by way of first class mail, postage prepaid, or hand delivered to each of the following on the date it was filed with the Court:

Randolf Baldemor
1099 Alakea St., Ste 1800
Honolulu HI 96813

Susan A. Li
Hawaiian Electric Co.
P. O. Box 2750
Honolulu HI 96840-0001
Attys. for Defendant Hawaiian Electric

GREG NISHIOKA

EXHIBIT 3