NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA   4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833
greg@nishiokafujiokalaw.com

Attys. for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 07 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>　　　　　Defendants. | Civil No. 04-00724 HG/BMK<br><br>PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC; DECLARATION OF COUNSEL; EXHIBITS A; ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC.; CERTIFICATE OF SERVICE |

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT
PIRELLI CABLE NORTH AMERICA, INC.

　　　　Plaintiffs, by and through their attorneys above-named, hereby request the Clerk of this Court to enter Default in the above-entitled action against Defendant Pirelli Cable North America, Inc. (hereinafter "Pirelli"), on the grounds that Pirelli failed to answer or otherwise defend against the First Amended Complaint filed against it on 10/19/05 and has entered no appearance.  This request is made pursuant to F.R.C.P. Rule 55,

EXHIBIT 4

the Declaration of Counsel and exhibits attached hereto and the records and files herein.

Dated: Honolulu, Hawaii, December 7, 2006.

                        Greg Nishioka
                        Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>Plaintiffs,<br><br>vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>Defendants. | Civil No. 04-00724 HG/BMK<br><br>DECLARATION OF GREG NISHIOKA |

### DECLARATION OF GREG NISHIOKA

COMES NOW GREG NISHIOKA and under penalty of perjury states that the following is true and based on personal knowledge:

1. Declarant is an attorney licensed to practice law before all Courts in the State of Hawaii and as an attorney for Plaintiffs familiar with the facts herein and authorized to make this Declaration.

2. That on October 19, 2005 a First Amended Complaint was filed;

3. That on November 10, 2005 the First Amended Summons was filed;

3. That Defendant Pirelli Cable North American Pacific, Inc. Was served with the First Amended Complaint and

EXHIBIT 4

First Amended Summons by Eleanor's Legal Support on March 22, 2006. A copy of the Return of Service is attached hereto as Exhibit A;

    4. The defaulting defendant was served more than twenty (20) days ago and they has not answered or otherwise plead in this action.

    5. Therefore Plaintiffs request entry of default by Clerk of this Court against Pirelli Cable North America, Inc. for failure to answer or otherwise plead.

    FURTHER DECLARANT SAITH NAUGHT.

    Dated: Honolulu, Hawaii, December 7, 2006.

                                 GREG NISHIOKA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRIC[T] [HA]WAII

APR 03 2006

at __1__ o'clock and _28_ min __P__
SUE BEITIA, CLERK

NISHIOKA & FUJIOKA
A Law Corporation

GREG NISHIOKA   4004-0
841 Bishop Street, Ste. 224
Honolulu, Hawaii  96813-3902
Telephone:  (808) 524-8833

Attys. for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA, | ) ) ) | Civil No. 04-00724 HG/BMK |
| Plaintiffs, | ) ) ) | RETURN OF SERVICE |
| vs. | ) ) | |
| YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC., | ) ) ) ) ) ) | (Re: Pirelli Cable North American Pacific, Inc.) |
| Defendants. | ) ) | |

RETURN OF SERVICE

Service was made at: Corporation Service Company
5000 Thurmond Hall Blvd, Columbia, SC 29201

[ ]   Service of First Amended Complaint; Summons filed 10/19/05 and First Amended Summons filed 11/10/05 was made upon Defendant Pirelli Cable North America, Inc.

[X]   Service of said First Amended Complaint; Summons and First Amended Summons was made on another individual named below.

Signature (received by): REFUSED TO SIGN

Print Name: ERIN DALEY

Title or Position: LEGAL ASSISTANT

EXHIBIT A       EXHIBIT 4

Date: MARCH 22, 2006           Time: 2:40pm

Served by (signature): Rhonda Nesbitt

Print Name: RHONDA NESBITT

EXHIBIT A

4

## AFFIDAVIT OF SERVICE

State of Hawaii                County of                                District Court

Case Number: 04-00724 HG/BMK

Plaintiff:
Motors Insurance Corporation, et al.
vs.
Defendant:
Young Brothers, Limited; et al.

For:
Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA 91402

Received by Eleanor's Legal Support.com to be served on PIRELLI CABLE NORTH AMERICA INC. by serving Corporation Service Company, 5000 Thurmond Hall Blvd., Columbia, SC 29201.

I, Rhonda Nesbitt, being duly sworn, depose and say that on the 22nd day of March, 2006 at 2:40 pm, I:

Served the within named corporation by delivering a true copy of the Summons and First Amended Summons and First Amended Complaint to ERIN DALEY as LEGAL ASSISTANT, A PERSON AUTHORIZED TO ACCEPT SERVICE of the within named corporation, at the address listed aboved, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Rhonda Nesbitt
Process Server

Subscribed and Sworn to before me on the 22nd day of March, 2006 by the affiant who is personally known to me.

Notary for South Carolina
My commission expires: My Commission Expires June 13, 2006

Eleanor's Legal Support.com
14417 Chase Street, #219
Panorama City, CA 91402
(818) 897-2156

Our Job Serial Number: 2006003105
Ref: 2006007548

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5

EXHIBIT  4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOTORS INSURANCE CORPORATION and BIG ISLAND TOYOTA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>YOUNG BROTHERS, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AMERICAN PACIFIC TRANSPORT CO., LTD.; PIRELLI CABLE NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Civil No. 04-00724 HG/BMK<br><br>ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC. |

## ENTRY OF DEFAULT AGAINST DEFENDANT PIRELLI CABLE NORTH AMERICA, INC.

It appearing that Defendant PIRELLI CABLE NORTH AMERICA, INC. is in default for failure to answer or otherwise defend as required by law, default is hereby entered against it pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Honolulu, Hawaii, DEC 0 7 2006 .

_____
Clerk of the Above-Entitled Court

/s/ Allen Greensy

Deputy Clerk, United States
District Court, District of Hawaii

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly mailed by way of first class mail, postage prepaid, or hand delivered to each of the following on the date it was filed with the Court:

Randolf Baldemor, Esq.
1099 Alakea St., Ste 1800
Honolulu HI 96813

Attys. for Defendant Hawaiian Electric

GREG NISHIOKA