# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00724HG-BMK |
| CASE NAME: | Motors Insurance Corporation v. Young Brothers |
| ATTYS FOR PLA: | Greg Nishioka |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 12/14/2007 | TIME: | 1:59 - 2 |

COURT ACTION:  EP:  [54] Plaintiff's Request for Default Judgment Against Defendants American Transport Co. and Pirelli Cable North America, Inc. - GRANTED. Greg Nishioka to prepare a proposed findings and recommendation.

Submitted by Richlyn Young, Courtroom Manager