AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

─────────────── DISTRICT OF HAWAII ───────────────

| | |
|---|---|
| Motors Insurance Corporation, Big Island Toyota<br><br>    Plaintiff(s),<br><br>           V.<br><br>American Pacific Transport Co., Ltd.; Pirelli Cable North America, Inc., Hawaiian Electric Company,<br><br>        Defendant(s).<br><br>Hawaiian Electric Company,<br><br>    Cross Claimant(s),<br><br>     V.<br><br>Pirelli Cable North America, Inc., American Pacific Transport,<br><br>    Cross Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: 1:04-CV-00724-HG-BMK |

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that default judgment is entered on Hawaiian Electric Company's Cross-Claim against American Pacific Transport Co., Ltd and Pirelli Cable North America, Inc., in the amount of $4,500.00, plus costs in the amount of $249.75 as well as post-judgment interest, pursuant to the "Defendant/Cross-Claimant Hawaiian Electric Company's Motion

for Default Judgment Against Cross-Claim Defendants American Pacific Transport Co., Ltd. And Pirelli Cable North America, Inc." adopted by Chief Judge Helen Gillmor on February 1, 2008. IT IS FURTHER ORDERED that judgment is entered in favor of the Plaintiff on it's Complaint and First Amended Complaint against APT and Pirelli in the amount of $14,275.42, plus costs in the amount of $579.68, as well as post-judgment interest, said amount reflects a credit of $4,500.00 received from Defendant Hawaiian Electric Company Inc., pursuant to the "Plaintiff's Request for Default Judgment Against Defendants American Transport Co. and Pirelli Cable North America, Inc." adopted by Chief Judge Helen Gillmor on February 18, 2008.

| February 19, 2008 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |